**RECEIVED**

1:20 CV 809

J. McFARLAND
M.J. LITKOVITZ

SEP 10 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Letter-Read-first   pg (1)

FILED
RICHARD W. NAGEL
CLERK OF COURT

20 OCT 15 PM 2:14
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

To whom it may Concern

Because of The corona virus And President Donald Trump locking This country down some months ago, I had no idea when The district court was going To conduct normal operations, so I relyed on all corespondence from The district courts reguarding The complaints I filed on -1-1-2020 Seeking relief from Kroger Corperate office in cincinnati, ohio Human Resourses (Mr. Masse) for discrimination/Due-process by a Kroger employee To come To my P.O. Box in covington Ky, I received my complaint Back Against The C.E.O dismissing him from any liability, And Then I was wondering where is The complaint on (Mr. Masse) Human Resourses Any way weeks were going by And I have not received any news And Then I remembered The woman in The clerks office saying I can go To The Courts website And put in my case # number To check The status of my complaint And when I went into The website nothing was There I Tryed over, And over, but my complaint wasent There, so now Im Telling myself if The court heard my complaint whether good or bad They would have sent me something so I ruled That out And started Thinking someone could of erased it by accedent Then I Thought why would someone do That, but if it isnt There what happened To it, So I started from The begining (1) I filed my complaint on (1-1-2020.) (2) clerk hand me my copies clearly showing The fileing date. (3) I put The copies in my Gym bad AT The clerks office. The next day like every day I went To The library And because Im homeless my Gym bad contains everything I own and it never leaves my side, but if The district court didn't remove my complaint Then who did it And why, And why wasnt I notified Apparently who ever did This new enough about me To fool The clerk

p.g(2)

Read-first

But for That person To have The clerk remove my complaint he would have To know everyThing ThaTs on The complaint plus Know all my personal information and After careful Thing Thinking The only Time ever ThaT I was seperated from my Gym bag is when I was arrested in Campbell County (newport) on 1-5-2020 And released on 1-16-2020 - all my property was missing except my pants, shirt, wallet, keys And my Gym bag and all of its content was gooA gone

Whoever Search my bag And found my copy of The complaint is responsible for whaTs been done here, They had To have called Mr. Masse aT The Kroger Corperate office and Told him About The pending law-suit because before I learned about my missing complaint I saw The who man who was manager aT kroger on dixie highway working aT The kroger store in covingTon on madison Ave And The woman (Susan) was also removed from The store how did (Mr. Masse) know exactly whaT (2) employee's To Transfer, I also wonder if he instructed The caller To remove me my complaint off The District courts website by pretenting To be because The caller has my personal information he could be The only person ThaT can do it ($ $ $)

your majesty its clear ThaT while locked Away in newport Jail on Trumped up charges someone committed a seires of unlawful acts ThaT may have been (profitable) for Them.

let it be known And The information contained with-in

That during Such Time on or after -1-5-2020 Someone Representing Campbell county (newport) Jail Aquired And obtain my personal property and for security reason Thurofol Thurally Search my property for possible contraband = Such As - guns - drugs - weapons - Alcohol or anything That can be considered a Threat To security And The Health and Safty To All concerned inside and outside The perimeter of The facillity Also: Anything found during Such Search That is considered not To pose a Threat To Security or directly To human life s. should be identified, cataloged and stored away as Thei private & personal property bearing The person name, but please note: Any Action or behavior Thats committed outside of its normal routine for Storing, Securing And protecting private And personal property and information inside a Secure facility consitutes a breach and not limited To open interpretation which can also Violate That person constitutional And civil rights laws.

Please be aware That The letters marked (p.q(1) p.q(2)) clearly shows rights violations from both partys = (my due-process cluas)(discrimination) And more - After review - both partys Are actively engauge To prevent A complaint from going forward in a District Court - The caller Violates my rights of privatesy and my due-process - and discrimination by informing Mr. Masse of who I am and my intentions, Mr Masse Then relocates The 2 persons mentioned in The Complaint - Then Mr. Masse hires The person on

The phone by instructing him To use my personal information To mislead The clerk office To beleave There Talking To Robert Simmons And They remove my complaint.

At This Time I would like To say Mr. Masse conduct And behavior should not be Tollerated he has demostrated he is a carbon copy of The female he hired At Kroger who is The originator of This suit There for I would like To make some modifications on my original complaint because his actions also shows he know The Type of woman he hired To work At Kroger so instead of sloving The problem he's covering it up

I now seek relief in The Amount of $200,000,000 dollars I want Kroger To pay All federal, state, city Taxes on This amont I want Around The clock protection from Security After The Corperate office gets All of my cases And This probation removed permanatly
I want All This done ~~immeditly~~ immediatly -

I would like ~~retief~~ To file a complaint against Campbell County newport Jail - due-process - discrimination And Deflamation - ASAP

Mr. Robert Simmons
Kenton County Detention Center

In the beginning

In "May" I Told Judge-Bartlett how Dennis Alerding Attorney SR stole my identity in Sept-2019 After Ashley graham was consistently violating my Constitutional rights, Judge Bartlett did not Acknowlege my Complaint against, because There was no investigation ~~inciate~~ ignitiated against him leaving The courts liable - and aiding and Abeding a felon

And on 9-25-20 Judge Zahla was also informed about Dennis Alerding SR and his court did nothing, resulting in The same - Violations -

Please send Someone fast
My life's not worth 2¢ sents After
They've Served, look AT everything
They're not law Abideing people
They can't be Trusted
Please dont abandone me!

# Kenton County Detention Center
## Inmate Administrative Action Request Form

I would like to request one of the following:  ***One request per form***

- ☐ To speak with the Class D/classification officer (Deputy J. Smith)
- ☐ Request for inmate services (Deputy Jennings)
- ☐ To know my out date - PLEASE CIRCLE ONE:
  *County          *State inmates request time sheet (Sgt. Terri Robinson)
- ☐ To request information/address a problem with my inmate account. (Melissa Freeman)
- ☐ To speak with Inmate Addiction Services (Jason Merrick)
- ☐ To know my court date
- ☐ To request a special privilege
- ☐ To speak with my Public Defender
- ☐ To speak with Probation and Parole
- ☐ Other (Please Describe) _____

**State inmates MUST list KY DOC number (if known)**

State Inmate KY DOC number: _____

My request is as follows: _____

_____
_____
_____
_____
_____

Inmate Name _____   Dorm/Cell # _____   Date _____

**Do Not Write Below This Line**
**For Administrative Use Only**

Received By _____   Date _____

Forwarded To _____   Date _____

Action Taken/Response: _____

_____
_____
_____
_____

Response by _____   Date: _____

Exhibit (1) A

Page 1 of 1

**COMMONWEALTH OF KENTUCKY**

# UNIFORM CITATION

COURT

| Field | Value |
|---|---|
| AGENCY | COVINGTON POLICE DEPARTMENT |
| ORI | 0590100 |
| NAME LAST, FIRST, M, FULL | SIMMONS, ROBERT LESTER |
| HOME PHONE | UNKNOWN |
| WORK PHONE | UNKNOWN |
| ALIAS NAME | |
| ADDRESS | 834 SCOTT ST |
| EMPLOYMENT | ✓ FULL-TIME |
| CITY | COVINGTON |
| STATE | KY |
| ZIP | 41011 |
| MARITAL | SINGLE |
| ID TYPE | ID CARD OTHER |
| ID ST | KY |
| ID NUMBER | S05367273 |
| SSN | 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 |
| HEIGHT | 6'02" |
| WEIGHT | 160 |
| HAIR | BLACK |
| EYES | BROWN |
| DATE OF BIRTH | 02 19 1957 |
| SEX | ✓ MALE |
| RACE | ✓ BLACK |
| ETHNIC | ✓ NON HISPANIC |

☐ COMMERCIAL VEHICLE   ☐ PLACARDED HAZARDOUS VEHICLE

BA TEST: BREATH / BLOOD / URINE

☐ ALCOHOL  ☐ DRUGS  ☐ UNKNOWN

| VIOLATION DATE | VIOLATION TIME | COUNTY |
|---|---|---|
| 06 08 2020 | 12:00 PM | CAMPBELL |
| ARREST DATE | TIME OF ARREST | LOCATION OF ARREST | CITY |
| 08 28 2020 | 2:53 PM | W 18TH ST/MADISON AVE | COVINGTON |
| | | | COUNTY: KENTON |

| NUMBER | VIOLATION CODE | AOC | STAT/ORD | CHARGES | STATE/OFF AGE | ENDING DATE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 01150 | 0 | 431.015 | 1 | 20-042218 | | |

**POST ARREST COMPLAINT**

TO ANSWER THE FOLLOWING:

Charge 1: FAILURE TO APPEAR

AOC/0003775042  LIN/202018116411623  IDX/WE04506827  ORI/KY0190000
NAM/SIMMONS,ROBERT  SEX/M  RAC/B
DOB/19570219  SOC/268581381  HGT/602  WGT/225  EYE/BRO  HAI/XXX
OLN/S05367273  OLS/KY  OFF/25092
DOW/20200629  WNO/E01910003775042  CTI/KY019015J
OCA/0003775042  MIS/OCA:20-CR-00095, CRIMINAL POSS OF FORGED INSTR 2ND DEGREE(IDENTIFY  DTE/20200629

| COURT DATE | COURT TIME | PAYABLE | COURT AT | |
|---|---|---|---|---|
| ARRESTED | | ✓ COURT | CAMPBELL | |
| | | | NOT PREPAYABLE | |

YEAR: 20
CONTROL NUMBER: DO55317
TYPE: 3

☐ SERVING WARRANT FOR OTHER AGENCY  SPECIFY:

✓ VIDEO
☐ FINGERPRINTS
☐ PHOTOS
☐ EVIDENCE HELD

OFFICER SIGNATURE: Cain, R.   0321   2C16

# Uniform Citation (1) A

This is not The citation I was giving after my Arrest on -1-5-2020 into The Campbell County Jail But The officers here AT (Kenton County Jail) looked up This same citation and Tells me its my original.

Now if you read my statement in The complaint Those were The facts listed on The original citation during my arrest.

Now please look closely at This citation it clearly goes way beyond Tampering in fact They have indicted me on This charge.

Theres nothing nothing Absolutely nothing There
(1) where is The criminal poss - what is The instriment
(2) is it under water or on The moon
(3) Does it involve a Tree or a rock

Do you get my point And even if This citation is not Tampered with it stills fall under

## Malicious Prosecution

# Kenton County Detention Center
## Inmate Administrative Action Request Form

I would like to request one of the following: ***One request per form***

- [ ] To speak with the Class D/classification officer (Deputy J. Smith)
- [ ] Request for inmate services (Deputy Jennings)
- [ ] To know my out date - PLEASE CIRCLE ONE:
  *County          *State inmates request time sheet (Sgt. Terri Robinson)
- [ ] To request information/address a problem with my inmate account. (Melissa Freeman)
- [ ] To speak with Inmate Addiction Services (Jason Merrick)
- [ ] To know my court date
- [ ] To request a special privilege
- [ ] To speak with my Public Defender
- [ ] To speak with Probation and Parole
- [ ] Other (Please Describe) _____

**State Inmates MUST list KY DOC number (If known)**

State Inmate KY DOC number: _____

My request is as follows: _____

_____
_____
_____
_____
_____

Inmate Name _____ Dorm/Cell # _____ Date _____

**Do Not Write Below This Line**
**For Administrative Use Only**

Received By _____ Date _____
Forwarded To _____ Date _____
Action Taken/Response: _____

_____
_____
_____
_____

Response by _____ Date: _____

Uniform citation (2) A

This follows The same Pattern as uniform citation (1) A except This was sent To The grand-jury And it clearly shows The value AT under $500.00 Dollars which is a (Mistermenor) in The state of Ky

On Another note, This incident Took (Pike-Holman) place AT a public bus-stop in Covington where There's constant crime, drugs And prostitution, but I was sitting There and the police, it obviously belongs in my possition feels

— Again This is another (Tampering)

Malicious Prosecution

# Kenton County Detention Center
## Inmate Administrative Action Request Form

I would like to request one of the following: ***One request per form***

- [ ] To speak with the Class D/classification officer (Deputy J. Smith)
- [ ] Request for inmate services (Deputy Jennings)
- [ ] To know my out date - PLEASE CIRCLE ONE:
  *County    *State inmates request time sheet (Sgt. Terri Robinson)

**State Inmates MUST list KY DOC number (if known)**

State Inmate KY DOC number: _____

- [ ] To request information/address a problem with my inmate account. (Melissa Freeman)
- [ ] To speak with Inmate Addiction Services (Jason Merrick)
- [ ] To know my court date
- [ ] To request a special privilege
- [ ] To speak with my Public Defender
- [ ] To speak with Probation and Parole
- [ ] Other (Please Describe) _____

My request is as follows: _____

_____
_____
_____
_____
_____

Inmate Name _____   Dorm/Cell # _____   Date _____

**Do Not Write Below This Line**
**For Administrative Use Only**

Received By _____   Date _____

Forwarded To _____   Date _____

Action Taken/Response: _____

_____
_____
_____
_____

Response by: _____   Date: _____

Case: 1:20-cv-00809-MWM-KLL Doc #: 1 Filed: 10/15/20 Page: 12 of 13 PAGEID #: 12

Page 1 of 1

(2) A

**COMMONWEALTH OF KENTUCKY**

# UNIFORM CITATION

**COURT**

| | |
|---|---|
| AGENCY: COVINGTON POLICE DEPARTMENT | 0590100 |
| NAME LAST, FIRST, MI: SIMMONS, ROBERT LESTER | UNKNOWN |
| ALIAS NAME: | UNKNOWN |
| ADDRESS: 534 SCOTT ST | ☑ FULL TIME ☐ PART TIME ☐ |
| COVINGTON KY 41014 | SINGLE |
| ID TYPE: ID CARD OTHER | KY | ID NUMBER: S05367273 | 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 | HGT 6'02" | WGT 160 | HAIR BLACK | EYES BROWN |
| ☐ COMMERCIAL VEHICLE | ☐ PLACARDED HAZARDOUS VEHICLE | ☐ HISPANIC ☑ NON HISPANIC |
| DOB: 02/19/1957 | ☑ MALE ☐ FEMALE | ☐ WHITE ☑ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN | ☐ BREATH ☐ BLOOD ☐ URINE | ☐ ALCOHOL ☐ DRUGS ☐ UNKNOWN |
| PLACE OF EMPLOYMENT: | | KY |

**VEHICLE**

| VIOLATION DATE | TIME | | | | COVINGTON |
|---|---|---|---|---|---|
| 08 17 2020 | 12:00 PM | | | | KENTON |
| ARREST DATE | TIME OF ARREST | W 15TH ST/MADISON AVE | | | COVINGTON |
| 08 28 2020 | 3:02 PM | | | | KENTON |

| NUMBER | VIOLATION CODE | ACCA | STATUTE | | STANDING CODE | | |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 01150 | 0 | 431.015 | 1 | 20-042218 | | |

**POST-ARREST COMPLAINT**
TO ANSWER THE FOLLOWING:

Charge 1: FAILURE TO APPEAR

NAM/SIMMONS,ROBERT L SEX/M RAC/B DOB/19570219 SOC/268581381
WGT/160 EYE/BRO HAI/XXX
OLN/S05367273 OLS/KY STATE-OFFENSE-CODE/23265
DATE-OF-WARRANT/20200617 WNO/E05910003763708 COURT-ORI/KY059025J
OCA/0003763708 MIS/OCA:20-F-00514, THEFT OF MAIL MATTER, ALSO 23915-(TBUT OR DISP ALL OTHERS U/$500) DATE-OF-ENTRY/20200617

| COURT DATE | COURT TIME | ☐ PAYABLE ☑ COURT | KENTON | 20 |
|---|---|---|---|---|
| ARRESTED | | | | |
| COURT CASE NUMBER | | | NOT PREPAYABLE | |

| WITNESS 1 NAME | | | | | |
|---|---|---|---|---|---|
| WITNESS 1 ADDRESS | | | | | DO55318 |
| WITNESS 2 NAME | | | | | |
| WITNESS 2 ADDRESS | | | | | 3 |

☐ SERVING WARRANT FOR OTHER AGENCY SPECIFY:
OFFICER SIGNATURE: Cain, R.  0321  2C16
☑ VIDEO ☐ FINGERPRINTS ☐ PHOTOS



## United States District Court
## Southern District of Ohio
www.ohsd.uscourts.gov

### Richard W. Nagel, Clerk of Court

| Potter Stewart U.S. Courthouse | Joseph P. Kinneary U.S. Courthouse | Federal Building |
| --- | --- | --- |
| 100 East Fifth Street | 85 Marconi Boulevard | 200 West Second Street |
| Cincinnati, OH 45202 | Columbus, OH 43215 | Dayton, OH 45402 |
| 513-564-7500 | 614-719-3000 | 937-512-1400 |

September 16, 2020

Mr. Robert L. Simmons
1000 Decker Crane Lane
Covington, KY 41017

Mr. Simmons:

    The Clerk's office has received your letter, in which you inquire about the status of your lawsuit filed on January 1, 2020. Attached is a docket sheet for case number 1:20-cv-001, which was dismissed on January 29, 2020.

    In your letter you also indicate that you would like to file another complaint. If you wish to obtain some type of relief from the Court in a separate action, you must file a written complaint setting forth your claims, the facts in support of your claims (what happened to you), the names of the defendants (the persons who caused you harm or injury), and the relief requested (what you want the Court to do for you). Enclosed are instructions for filing a complaint and complaint forms.

Sincerely,

Richard W. Nagel
Clerk

Approved SJcb